672 S.E.2d 785

**Kenneth W. SANDERS, Petitioner,**

**v.**

**MEADWESTVACO CORPORATION, Self Insured Employer, Respondent.**

**No. 26590.**

Supreme Court of South Carolina.

Heard Jan. 8, 2009.

Decided Jan. 26, 2009.

Ben C. Harrison & Jeremy A. Dantin, of Harrison, White, Smith & Coggins, P.C., of Spartanburg, for Petitioner.

---

Kirsten L. Barr, of Trask & Howell, L.L.C., of Mt. Pleasant, for Respondent.

PER CURIAM:

We granted a writ of certiorari to review the Court of Appeals decision in *Sanders v. MeadWestvaco Corp.,* 371 S.C. 284, 638 S.E.2d 66 (Ct.App.2006). After a thorough review of the record and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.